938

## STATE OF CONNECTICUT *v.* DARRELL TINSLEY

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided October 25, 2000

## MARGARET GROSSO *v.* EDWARD GROSSO, JR.

*Richard G. Kent*, in support of the petition.

*Joseph T. O'Connor*, in opposition.

Decided October 25, 2000

## STATE OF CONNECTICUT *v.* CHARLES SLIMSKEY

The Supreme Court docket number is SC 16411.

*Donald G. Leis, Jr.,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* WILLIAM HOLMES, JR.

The Supreme Court docket number is SC 16410.

*Jeremiah Donovan,* special public defender, in support of the petition.

*Peter A. McShane,* assistant state's attorney, in opposition.

Decided October 25, 2000

MICHAEL EXLEY *v.* CONNECTICUT YANKEE
GREYHOUND RACING, INC.

*Linda L. Morkan, Emanuel N. Psarakis* and *Richard F. Vitarelli,* in support of the petition.

Decided October 25, 2000